**U.S. District Court for the Northern District Of Illinois**
**<u>AMENDED</u> Attorney Appearance Form**

Case Title: In re: Anthony Michael

Case Number: 23-06285

An appearance is hereby filed by the undersigned as attorney for:
Wintrust Mortgage

Attorney name (type or print): Lina Toma

Firm: Carlson Dash, LLC

Street address: 216 S. Jefferson St., Suite 303

City/State/Zip: Chicago, IL 60661

Bar ID Number: 6333468
(See item 3 in instructions)

Telephone Number: 312-382-1600

Email Address: ltoma@carlsondash.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on   7/26/2023

Attorney signature:   S/ Lina Toma
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015